**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **CASE NO: 24-43097-ELM-13** |
| **SHERRY LYNN FRANCIS**<br>6519 BLACKBERRY DR<br>ARLINGTON, TX 76016<br>SSN/TIN: XXX-XX-5492 | |
| **DEBTOR** | **HEARING: DECEMBER 5, 2024 AT 8:30 AM** |

**NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone**:

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

ACE Cash Express, 1231 Greenway Dr, Ste 600, ***BAD ADDRESS***, Irving, TX 75038-0000***

ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711

Caine AND Weiner, Attn Bankruptcy, 5805 Sepulveda Blvd, Van Nuys, CA 91411

COOK CHILDRENS MEDICAL CENTER, PO BOX 2209, ADDISON, TX 75001

CREDIT SYSTEMS INTERNATIONAL, PO BOX 1088, ARLINGTON, TX 76004

Goldman Sachs Bank USA, Attn Bankruptcy, PO Box 70379, Philadelphia, PA 19176

HUGHES WATTERS & ASKANASE LLP, 1201 LOUISIANA 28TH FLOOR, HOUSTON, TX 77002-0000

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101

Kinum Inc, 800 Seahawk Circle Suite 124, Virginia Beach, VA 23452

LEINART LAW FIRM, 10670 N CENTRAL EXPWY STE 320, DALLAS, TX 75231-0000

LINEBARGER GOGGAN BLAIR AND SAMPSON, 2777 N STEMMONS FWY STE 1000, DALLAS, TX 75207-0000

Music AND Arts, PO Box 351, Frederick, MD 21705

Oklahoma Student Loan Authority OSLA, 525 Central Park Drive, Suite 600, Oklahoma City, OK 73105

OWINGS AUTO, 519 E DIVISION, ARLINGTON, TX 76011-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

PROGRESSIVE COUNTY MUTUAL INS, 16955 SPACE CENTER BLVD, ***BAD ADDRESS***, HOUSTON, TX 77062-0000***

RADIOLOGY ASSOCIATES OF NORTH TEXAS, PO BOX 1723, INDIANAPOLIS, IN 46206

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC, 13010 MORRIS RD STE 450, ALPHARETTA, GA 30004-0000

Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165

TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 2777 N STEMMONS FREEWAY STE 1000, DALLAS, TX 75207-000

TEXAS ALCOHOLIC BEVERAGE COMM, LICENSES AND PERMITS DIVISION, PO BOX 13127, AUSTIN, TX 78711

TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS WORKFORCE COMMISSION, TAX DEPT COLLECTION FKA TEC, 101 E 15TH ST, RM 556-A, AUSTIN, TX 78778-0000

TXU ENERGY RETAIL COMPANY LP, CO BANKRUPTCY DEPT, PO BOX 650393, DALLAS, TX 75265

UNITED STATES ATTORNEY, 1100 COMMERCE ST 3RD FLOOR, DALLAS, TX 75242

***Address on record invalid for recipient -- no document mailed to this party.