Warren Norred, Texas State Bar No. 24045094
Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Owings Auto Center, LLC

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re:<br>Sherry Lynn Francis,<br><br>Debtor.<br><br><br>Owings Auto Center, LLC,<br>Movant,<br><br>Vs.<br><br>Sherry Lynn Francis,<br>Respondent. | Case No. 24-43097-elm<br><br>Chapter 13 |

## NOTICE TO WITHDRAW NOTICE OF TERMINATION OF AUTOMATIC STAY AS TO COLLATERAL PURSUANT TO THE FINAL AGREED ORDER (ECF NO. 70)

COMES NOW, Owings Auto Center, LLC ("Movant"), by and through their counsel, Clayton L. Everett, and withdraws this *Notice of Termination of the Automatic Stay as to Collateral pursuant to the Final Agreed Order* (ECF No. 70) filed on June 23, 2025.

DATED: June 23, 2025.

Respectfully submitted:

NORRED LAW, PLLC

By: __/s/ Clayton L. Everett____
    Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817) 704-3984
Counsel for Owings Auto Center, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on June 23, 2025, a true and correct copy of the above notice shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

| *Via CM/ECF to Counsel for Debtor(s)*: | *Via US Mail to Debtor(s)*: |
|---|---|
| Marcus B. Leinart<br>Leinart Law Firm<br>10670 N. Central Expwy. Suite 320<br>Dallas, TX 75231 | Sherry Lynn Francis<br>6519 Blackberry Drive<br>Arlington, TX 76016 |
| *Via CM/ECF to Chapter 13 Trustee:* | *Via CM/ECF to US Trustee*: |
| Pam Bassel<br>860 Airport Frwy., Suite 150<br>Hurst, TX 76054 | United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75202 |

                                                  */s/ Clayton L. Everett*
                                                  Clayton L. Everett